# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE CURTIS METCALF, JR., <br><br> Petitioner, <br><br> vs. <br><br> VASQUEZ, Warden, <br><br> Respondent. | Case No. SACV 07-635-DOC (RNB) <br><br> **J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 23, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE